Steven P. DULA, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 374, 2017

Supreme Court of Delaware.

Submitted: October 4, 2017

Decided: December 14, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID Nos. 1301011571 (S), 0909010913 (S)

AFFIRMED.